UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA SKY STARR,<br><br>    Plaintiff,<br><br>    v.<br><br>J. REYNOSO, et al.,<br><br>    Defendants. | No. 2:23-cv-03046-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. Defendants seek an extension of time to file waivers of service of process. ECF No. 11.

The request for more time (ECF No. 11) is GRANTED, and defendants shall file their waivers of service on or before October 18, 2024.

So ordered.

Dated: October 3, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1